1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CASBN 195046)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7144
7  Fax: (415) 436-7234
   Email: allison.danner@usdoj.gov
8
   Attorneys for Plaintiff
9

**FILED**
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JCS**

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3-07-70492 |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| JEANETTE BLAND, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on August 20, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☒ Indictment

☐ Information

☐ Criminal Complaint

☐ Other (describe) _____

pending in the District of Nebraska, Case Number 8-07 CR 266.

1

1   In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code,
2   Section(s) 371, 1344, and 2.
3   Description of Charges: Conspiracy; Bank Fraud; Aiding and Abetting in Same.

Respectfully Submitted,
SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: August 21, 2007

ALLISON MARSTON DANNER
Assistant U.S. Attorney

SEALED

# United States District Court

## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

V.

JEANETTE BLAND

**WARRANT FOR ARREST**

CASE NUMBER: 8:07CR 266

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Jeanette Bland__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy and bank fraud.

in violation of Title __18__ United States Code, Section(s) __371, 1344 and 2__

| DENISE M. LUCKS | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | July 19, 2007     Omaha, Nebraska |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $_____ by _____
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __Jeanette Bland__

ALIAS: _____

LAST KNOWN RESIDENCE: __2831 Seville, Antioch, CA 94509__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __07/02/1967__

SOCIAL SECURITY NUMBER: __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__

HEIGHT: _____ WEIGHT: _____

SEX: __Female__ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __Matt Loux, USSS__

# SEALED

W_____ S_____ NP_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | 18:U.S.C. § 371 |
| | ) | 18 U.S.C. § 1344 |
| PATRICE RAVEN and, | ) | 18 U.S.C. § 2 |
| JEANETTE BLAND | ) | |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

09:42 JUL 19 '07 USMSNE

### COUNT I

At all material times herein, U.S. Bank, was a financial institution, the accounts of which were then insured by the Federal Deposit Insurance Corporation, and maintained branch offices in Omaha, Nebraska.

1. On or about the 28th day of February, 2006, and continuing until on or about the 2nd day of March, 2006, in the District of Nebraska, the defendants PATRICE RAVEN and JEANETTE BLAND, did knowingly and willfully, agree, combine, confederate, and conspire together to commit the following offenses against the laws of the United States:

(a) To knowingly execute, and attempt to execute a scheme and artifice to defraud a financial institution and to obtain monies under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Sections 1344.

2. It was part of the conspiracy that the defendants would obtain prepaid credit cards for which cash advances were allowed only up to the amount of funds paid on deposit with the credit card issuer.

effectuated their scheme by fraudulently representing to tellers at the U.S. Bank that an unknown third person on the telephone was a customer service representative of the credit card issuer Green Dot and that said customer service representative was prepared to and did authorize cash advances in excess of funds on deposit with Green Dot for each of the defendants prepaid credit cards.

2. On or about the 28th day of February, 2006, in the District of Nebraska, the defendant PATRICE RAVEN, for the purpose of executing and attempting to execute the scheme and artifice to defraud misrepresented the identity of an individual on the telephone as that of a customer service representative for Green Dot Master Card when in fact RAVEN well knew that said individual was not a representative of Greed Dot MasterCard.

In violation of Title 18, United States Code, Section 1344 and 2.

## COUNT III

The Grand Jury realleges all of the allegations contained in paragraphs 1 through 5 of this Indictment and further alleges as follows:

1. On or about 28th day of February, 2006, and continuing to and through 2nd day of March, 2006, defendants PATRICE RAVEN and JEANETTE BLAND, devised a scheme and artifice to defraud a branch of the U.S. Bank in Omaha, Nebraska. RAVEN and BLAND, effectuated their scheme by fraudulently representing to tellers at the U.S. Bank that an unknown third person on the telephone was a customer service representative of the credit card issuer Green Dot and that said customer service representative was prepared to and did authorize cash advances in excess of funds on deposit with Green Dot for each of the defendants prepaid credit cards.

2. On or about the 28th day of February, 2006, in the District of Nebraska, the defendant JEANETTE BLAND, for the purpose of executing and attempting to execute the scheme and

-4-

3. The defendants would then enter into a bank and present the prepaid credit card to a bank teller for a cash advance in an amount exceeding that for which was on deposit. After initially being declined for the cash advance, the defendants would then purport to telephone the customer service department for the credit card issuer seeking authorization for the cash advance in excess of funds on deposit.

4. It was further part of the conspiracy that the defendants would then telephone an unknown third party posing as the customer service representative who would then provide verbal authorization for the requested cash advances.

5. In furtherance of the conspiracy and to affect the objects thereof in the District of Nebraska, the defendants PATRICE RAVEN and JEANETTE BLAND, did commit without limitation the following overt acts:

(a) On or about the 28th day of February, 2006, the defendant PATRICE RAVEN, went to a branch of the U.S. Bank in Omaha, Nebraska, and requested a $7,000 cash advance on a prepaid Green Dot Master Card.

(b) On or about the 28th day of February, 2006, the defendant PATRICE RAVEN, to facilitate approval for her requested cash advance at the U.S. Bank in Omaha, Nebraska, represented to a teller at the U.S. Bank that she had called customer service for Green Dot Master Card and that a customer service representative of Green Dot Master Card was on the phone to talk to the U.S. Bank teller for the purpose of authorizing the $7,000 prepaid cash advance.

(c) On or about the 28th day of February, 2006, PATRICE RAVEN, received $7,000 in cash from a branch of the U.S. Bank in Omaha, Nebraska, in furtherance of her requested cash advance on a Green Dot Master Card.

(d) On or about the 28th day of February, 2006, defendant JEANETTE BLAND, accompanied defendant PATRICE RAVEN, to the branch of the U.S. Bank, in Omaha, Nebraska, visited by

-2-

PATRICE RAVEN, and aided and advised JEANETTE BLAND, as to how to consummate the transaction.

(e) On or about the 2nd day of March, 2006, the defendant JEANETTE BLAND, went to a branch of the U.S. Bank in Omaha, Nebraska, and requested a $7,000 cash advance on a prepaid Green Dot Master Card.

(f) On or about the 2ND day of March, 2006, the defendant JEANETTE BLAND, to facilitate approval for her requested cash advance at the U.S. Bank in Omaha, Nebraska, represented to a teller at the U.S. Bank that she had called customer service for Green Dot Master Card and that a customer service representative of Green Dot Master Card was on the phone to talk to the U.S. Bank teller for the purpose of authorizing the $7,000 prepaid cash advance.

(g) On or about the 2nd day of March, 2006, JEANETTE BLAND, received $7,000 in cash from a branch of the U.S. Bank in Omaha, Nebraska, in furtherance of her requested cash advance on a Green Dot Master Card.

(h) On or about the 2nd day of March, 2006, defendant PATRICE RAVEN, accompanied defendant JEANETTE BLAND, to the branch of the U.S. Bank, in Omaha, Nebraska, visited by JEANETTE BLAND, and aided and assisted PATRICE RAVEN, in the consummation of the transaction.

All in violation of Title 18, United States Code, Section 371.

## COUNT II

The Grand Jury realleges all of the allegations contained in paragraphs 1 through 5 of this Indictment and further alleges as follows:

1. On or about 28th day of February, 2006, and continuing to and through 2nd day of March, 2006, defendants PATRICE RAVEN and JEANETTE BLAND, devised a scheme and artifice to defraud a branch of the U.S. Bank in Omaha, Nebraska. RAVEN and BLAND,

-3-

artifice to defraud misrepresented the identity of an individual on the telephone as that of a customer service representative for Green Dot Master Card when in fact BLAND well knew that said individual was not a representative of Green Dot MasterCard.

In violation of Title 18, United States Code, Section 1344 and 2.

A TRUE BILL

*Debra King*
FOREPERSON

*Joe W. Stecher*
JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Frederick D. Franklin*
FREDERICK D. FRANKLIN
Assistant U.S. Attorney

-5-