1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ALLISON DANNER (CABN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Facsimile: (415) 436-7234
       E-Mail: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,        )    No. 3-07-70492 JCS
                                    )
14        Plaintiff,                )
                                    )    [PROPOSED] ORDER FOR
15        v.                        )    MODIFICATION OF CONDITIONS OF
                                    )    RELEASE
16 JEANETTE BLAND,                  )
                                    )
17        Defendant.                )
                                    )
18

19                                      **ORDER**

20      IT IS HEREBY ORDERED that the conditions of release and appearance set on August 21,

21 2007 for the above-captioned matter are modified in one respect. Defendant Jeanette Bland is

22 permitted contact with co-defendant Patrice Raven solely with respect to the subject of Patrice

23 Raven's children and related family matters. This modification was made in open court after the

24 explicit promise of defendant Bland and co-defendant Raven that they would not discuss the

25 above-captioned matter outside of the presence of their attorneys. IT IS FURTHER ORDERED

26 that all other conditions of release and appearance imposed on August

27 \\

28 \\

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70492 JCS

1  \\
2  21, 2007 remained unmodified.
3
4  DATED: _____          _____
                                          JOSEPH C. SPERO
5                                         United States Magistrate Judge

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70492 JCS