```
1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  ALLISON DANNER (CABN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7144
7      Facsimile: (415) 436-7234
       E-Mail: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 3-07-70492 JCS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) WAIVING TIME FOR THE PRELIMINARY |
| v. | ) HEARING AND EXCLUDING TIME UNDER<br>) THE SPEEDY TRIAL ACT |
| JEANETTE BLAND, | ) |
| Defendant. | ) |

With the agreement of the parties in open court, and with the consent of defendant Jeanette Bland, the Court enters this order documenting defendant's waiver of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1) and under Fed. R. Crim. P. 5.1(d), from October 3, 2007 through October 22, 2007, the date of defendant's next appearance before this Court. The parties agree, and the Court finds and holds, as follows:

1.  On October 3, 2007, at a status conference on a removal hearing pursuant to Fed. R. Crim. P. 5(c)(3)(D), defendant asked that she not be transferred to the District of Nebraska pending negotiations with respect to a potential transfer of the prosecution to the Northern District of California pursuant to Fed. R. Crim. P. 20. This court accordingly set a status

ORDER WAIVING TIME FOR PRELIMINARY HEARING
No. 3-07-70492 JCS

conference date of October 22, 2007.

2. At the status conference on October 3, 2007, the defendant waived time under the Speed Trial Act. Such time is appropriately excludable under 18 U.S.C. § 3161(h)(1)(G). In addition, defendant hereby waives her right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c) and (d).

3. Given these circumstances, the Court finds that, for good cause shown, the ends of justice served by waiving the defendant's right to a prompt preliminary hearing and a speedy trial until October 22, 2007 outweigh the best interest of the public and the defendant. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the defendant's right to a preliminary hearing within 20 days from the date of the initial appearance be waived until October 22, 2007 and that the period from October 3, 2007 through October 22, 2007 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A), 18 U.S.C. § 3161(h)(1)(G) and Fed. R. Crim. P. 5.1.

**IT IS SO STIPULATED.**

DATED: October 17, 2007         \s\
                                BRIAN P. BERSON
                                Attorney for Defendant

DATED: October 17, 2007         \s\
                                ALLISON M. DANNER
                                Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:_____            _____
                                EDWARD M. CHEN
                                United States Magistrate Judge

ORDER WAIVING TIME FOR PRELIMINARY HEARING
No. 3-07-70492 JCS