IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JEANETTE BLAND,<br>               Defendant. | NO. 3-07-70492-JCS<br><br>[~~PROPOSED~~] TRAVEL ORDER |

Good cause appearing, IT IS HEREBY ORDERED that Jeanette Bland be permitted to travel to Las Vegas from October 31 to November 4, 2007, provided she gives PTS Officer Hence Williams an itinerary in advance, advising him of where she will be staying and any other pertinent contact information Mr. Williams requires. All other conditions of release not inconsistent with this order shall remain in full force and effect.

DATE: 10/18/07

_____
Joseph C. Spero
UNITED STATES DISTRICT JUDGE